FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 29 PM 2: 58

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRANCE LYNN WILCHER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 104-169 |
| | ) | |
| ROSE WILLIAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DENIED**, Petitioner's motion for an evidentiary hearing (doc. no. 13) is **DENIED** as **MOOT**, this civil action is **CLOSED**, and the Clerk is **DIRECTED** to **ENTER** a final judgment in favor of Respondent.

SO ORDERED this 29th day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

WILCHER

)

vs

)  CASE NUMBER CV 104-169

WILLIAMS

)  DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 09/29/05, which is part of the official record of this case.

Date of Mailing: 09/29/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: /s/ Joe Howell
Joe Howell, Deputy Clerk

<u>Name and Address</u>

TERRANCE LYNN WILCHER SERVED @ PRISON ADDRESS.
CHAD ERIC JACOBS, ESQ.
PAULA K. SMITH, ESQ.

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate